IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIZABETH COLPITTS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV21 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEGENT HEALTH, a Nebraska corporation, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the status report of the parties (Filing No. 20). Pursuant thereto,

IT IS ORDERED that this action is stayed. The parties shall file a joint status report on or before August 27, 2010, as to the outcome of the mediation, together with a planning conference report concerning discovery deadlines and a proposed trial schedule, if necessary.

DATED this 23rd day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court