IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIZABETH COLPITTS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV21 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEGENT HEALTH, a Nebraska corporation, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation for dismissal (Filing No. 23).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted; this action is dismissed with prejudice without cost to any party.

DATED this 31st day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court